Same memorandum as in *Sloniger v Niagara Mohawk Power Corp.* (306 AD2d 842 [2003] [decided herewith]). Present— Green, J.P., Wisner, Scudder, Kehoe and Burns, JJ.

■ EDWARD C. SLONIGER et al., Plaintiffs, v NIAGARA MO-HAWK POWER CORPORATION, Defendant and Third-Party Plaintiff. NEW YORK TELEPHONE COMPANY, Third-Párty Defendant. NEW YORK TELEPHONE COMPANY, Doing Business as NYNEX, Fourth-Party Plaintiff-Respondent, v R.D. WERNER Co., INC., et al., Fourth-Party Defendants-Appellants. (Appeal No. 3.) [761 NYS2d 888] —Appeal from a judgment of Supreme Court, Niagara County (Fricano, J.), entered August 15, 2002, upon a decision in favor of fourth-party plaintiff.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously vacated without costs.

Same memorandum as in *Sloniger v Niagara Mohawk Power Corp.* (306 AD2d 842 [2003] [decided herewith]). Present— Green, J.P., Wisner, Scudder, Kehoe and Burns, JJ.